UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KEO                                                                      Petitioner

v.                                          Civil Action No. 4:25CV-74-RGJ

JASON WOOSLEY, ET AL.                          Respondents

\* \* \* \* \*

### ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* filed by Plaintiff, KEO, [DN 3]. The Court, having reviewed the motion and its attachments as required by LR 83.2, having found that the movant has complied with all elements of LR 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) Brian E. Casey is granted leave to appear *pro hac vice* for the Plaintiff in this action.

(2) If during the pendency of this action, Brian E. Casey is disbarred, suspended from practice, is not in good standing with the Bar to which he is a member, or is subject to any other disciplinary action by any court, state, territory or the District of Columbia, Brian E. Casey must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

July 23, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:     All Counsel