UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

K.E.O.,                                                                               Plaintiff-Petitioner,

v.                                                                                Civil Action No. 4:25-cv-74-RGJ

JASON WOOSLEY, Grayson County Jailer;
SAMUEL OLSON, Field Office Director for U.S.
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary,
U.S. Department of Homeland Security,

                                                                                                  Defendants-Respondents.

\* \* \* \* \*

## ORDER TO SHOW CAUSE

Petitioner K.E.O., by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)      The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)      **On or before August 1, 2025**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(3)      Petitioner may file a reply **on or before August 5, 2025**.

(4)      The parties shall appear before this Court for a hearing on the petition on **August 7, 2025, at 12:30 p.m**. at the U.S. Courthouse in Owensboro, Kentucky.

Date: July 25, 2025

*Rebecca Grady Jennings, District Judge*
United States District Court

cc: Counsel
Respondents, as directed above
U.S. Attorney, WDKY, as directed above
4415.010