UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

K.E.O.                                                                              PETITIONER

v.                              CIVIL ACTION NO. 4:25-CV-00074-RGJ (*e-filed*)

Jason WOOSLEY, Grayson County Jailer; Samuel
OLSON, Field Office Director for U.S. Immigration
and Customs Enforcement; Kristi NOEM, in her
official capacity as Secretary, U.S. Department of
Homeland Security                               RESPONDENTS

## AGREED ORDER TO AMEND AND CORRECT
## SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED

Respondents timely complied with the Court's order (Doc. 6) to show cause on or before August 1 why the writ of habeas corpus should not be granted. (Doc. 8.). Respondent's filing had two brief errors. The third page of the motion contains a block quote of 8 U.S.C. § 1252(g), and then a block quote of 8 U.S.C. § 1252(b)(9) that included the same text from § 1252(g); that additional text from § 1252(g) should have been omitted. (Doc. 8, PageID.76.). The first full paragraph on page 8 said "Petitioner's detention was always intended to last only a brief period of time so that a newborn could be nursed by its mother in the first months of its life", when that sentence should have read "Petitioner's *time out of* detention was always intended to last only a brief period of time so that a newborn could be nursed by its mother in the first months of its life". (Doc. 8, PageID.81.). Counsel for Respondents informed Petitioner's counsel of those errors, and Petitioner's counsel graciously agreed to an order allowing submission of a revised filing with those changes.

For the foregoing reasons, Respondents' motion to allow the attached, amended and corrected filing titled Show Cause Why the Writ of Habeas Corpus Should Not Be Granted to supplant and replace the previously filed document with that title (Doc. 8) is GRANTED.

Rebecca Grady Jennings, District Judge
United States District Court

August 6, 2025

Submitted by:
Jason Snyder
Assistant United States Attorney
717 W. Broadway
Louisville, KY 40202
(502) 582-6993
jason.snyder@usdoj.gov
*Counsel for the United States*