UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KEO,                                                                                                          Petitioner,

v.                                                                                   Civil Action No. 4:25-cv-74-RGJ

JASON WOOSLEY, Grayson County Jailer,
SAMUEL OLSON, Field Office Director,
U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary,
U.S. Department of Homeland Security                                                       Respondents.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The matter was called for a show cause hearing on August 7, 2025 in Owensboro, Kentucky. Counsel Brian E. Casey was present on behalf of the Petitioner. Petitioner was present via Zoom at the hearing. Counsel Jason Snyder was present on behalf of Respondents Samuel Olson and Kristi Noem. The Court and counsel discussed the petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 and the pending motions before the Court. It is **ORDERED** as follows:

(1)     As discussed on the record and for the reasons articulated on the record, the Petitioner's motion to proceed under a pseudonym [DE 2] is **GRANTED.**

(2)     The parties shall file a post hearing brief **within five days of the entry of this order,** then the matter will stand submitted to the Court for ruling.

                                                Rebecca Grady Jennings, District Judge
                                                     United States District Court

cc:    Counsel of Record

August 8, 2025

Court time:    01:15

Court Reporter: April Dowell