## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **K.E.O.,** <br><br> *Plaintiff-Petitioner,* <br><br> v. <br><br> **Jason WOOSLEY**, Grayson County Jailer; <br> **Samuel OLSON**, Field Office Director for U.S. <br> Immigration and Customs Enforcement; **Kristi NOEM**, in her official capacity as Secretary, U.S. <br> Department of Homeland Security, <br><br> *Defendants-Respondents*. | Case No. 4:25-cv-00074-RGJ |

### ORDER

This matter is before the Court on Plaintiff/Petitioner's Unopposed Motion to Substitute Exhibits. The Court, having reviewed same, and being duly advised in the premises, now determines that the Motion shall be GRANTED.

**IT IS HEREBY ORDERED** that Exhibits 3 and 4 attached to Plaintiff's Reply Brief in Support of Verified Petition for a Writ of Habeas Corpus [Dkt. 10] filed with the Court on August 5, 2025 are substituted with Exhibits 3 and 4 attached to this Plaintiff's Motion to Substitute Exhibits.

SO ORDERED.

August 13, 2025

Rebecca Grady Jennings, District Judge
United States District Court