UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

K.E.O.,                                                                                                   Petitioner,

v.                                                                                    Civil Action No. 4:25-cv-74-RGJ

JASON WOOSLEY, Grayson County Jailer;
SAMUEL OLSON, Field Office Director for U.S.
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary,
U.S. Department of Homeland Security,

                                                                                                      Respondents.

## ORDER

This matter is before the Court on Respondents' Unopposed Motion to Submit Exhibit [DE 19]. The Court, having reviewed same, and being duly advised in the premises, now determines that the Motion shall be **GRANTED**.

**IT IS ORDERED** that Docket Entry 19-1, titled Revocation of Supervised Release, shall be entered as Exhibit 1 to Respondents' Post Hearing Brief [DE 17].

SO ORDERED.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

September 4, 2025